IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| L. PERRIGO COMPANY,<br>a Michigan corporation,<br><br>           Plaintiff,<br>v.<br><br>MERICAL INC.,<br>a California corporation,<br><br>           Defendant. | Civil Action No. 1:15-cv-00971<br><br>Hon. Janet T. Neff |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff L. Perrigo Company hereby voluntarily dismisses the above-captioned civil action without prejudice. To Plaintiff's knowledge, Defendant Merical Inc. has not served either an answer or a motion for summary judgment.

                                            Respectfully submitted,

Dated: December 22, 2015           s/Steven L. Underwood
                                            Steven L. Underwood (P60111)
                                            H. W. Reick (P19310)
                                            PRICE HENEVELD LLP
                                            695 Kenmoor, S.E.
                                            P.O. Box 2567
                                            Grand Rapids, Michigan 49501
                                            616.949.9610
                                            sunderwood@priceheneveld.com
                                            hreick@priceheneveld.com